

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00007-CV

_____

HYDROGEO, LLC, FIRST BANK & TRUST EAST TEXAS, AND DEBERRY 3
OPERATING COMPANY, LLC, Appellants

V.

QUITMAN INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. T-3625

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Hydrogeo, LLC (Hydrogeo), and First Bank & Trust East Texas (First Bank) filed a joint notice of appeal from the trial court's judgment in trial court cause number T-3625, styled *Quitman Independent School District, et al. v. Black Diamond Operating Co, LLC, et al.*, in the 402nd Judicial District Court of Wood County on January 21, 2015. Thereafter, on January 27, 2015, DeBerry 3 Operating Company, LLC (DeBerry), filed its separate notice of appeal from the same judgment.

Hydrogeo and First Bank have filed a joint brief in this appeal, and although DeBerry has notified this Court that it does not intend to file a brief, it has not filed a motion to dismiss its appeal.

Accordingly, this Court deems it appropriate to sever DeBerry's appeal against all appellees from the appeal filed by Hydrogeo and First Bank in order that DeBerry's appeal may be appropriately and timely dismissed for want of prosecution.

We, therefore, sever DeBerry's appeal from the appeal brought by Hydrogeo and First Bank and docket the severed appeal under cause number 06-15-00036-CV.

IT IS SO ORDERED.

BY THE COURT

Date: July 22, 2015

2